JULIA PLASKON SIBERRY, PROSECUTOR, v. NATIONAL SULPHUR COMPANY, DEFENDANT.

Argued October 3, 1935—Decided October 17, 1935.

Before BROGAN, CHIEF JUSTICE, and Justices LLOYD and DONGES.

For the prosecutor, *John A. Laird*.

For the defendant, *John J. Francis*.

PER CURIAM.

The rule to show cause is discharged for the sole reason that the court is of opinion that the statutory appeal to the Court of Common Pleas should be first pursued.